1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## IN THE WESTERN DISTRICT OF WASHINGTON

7

8   JOSHUA GARLAND, an individual;          )          NO.  2:13-CV-2196 RSL
                                            )
9                    Plaintiff,             )
                                            )
10         vs.                              )          NOTICE OF DEPOSITION UPON
                                            )          ORAL EXAMINATION TO OFFICER
11   STEPHEN SMITH, member Seattle Police   )          SONYA FRY
     Department; JOHN T. BROOKS, member     )
12   Seattle Police Department; JOHN DIAZ,  )
     former Chief of Police, Seattle Police )
13   Department; JOHN or JANE DOES I-IV,    )
     members of the Seattle Police Department; )
14   CITY OF SEATTLE, a municipal           )
     corporation, and the SEATTLE POLICE    )
15   DEPARTMENT;                            )
                                            )
16                            Defendants    )

17   TO:        OFFICER SONYA FRY

18   TO:        BRIAN MAXEY and CHRISTINE OLSON, attorney for Defendants

19              YOU AND EACH OF YOU will please take notice that the deposition upon oral

20   examination of the following described person will be taken at the instance and request of the

21   plaintiffs, in the above-entitled action before a notary public at the following time and place,

22   subject to continuance or adjournment from time to time or place to place until completed.

23   //

24   //

25

NOTICE OF DEPOSITION UPON ORAL
EXAMINATION TO OFFICER SONYA FRY - 1

**OSBORN MACHLER**
2125 Fifth Avenue
Seattle, WA 98121
(206) 441-4110 (Tel)
(206) 441-4220 (Fax)

**DEPONENT:**      **OFFICER SONYA FRY**

**DATE:**      **FRIDAY, OCTOBER 17, 2014**

**TIME:**      **2:00 p.m.**

PLACE:      OSBORN MACHLER, PLLC
2125 Fifth Avenue
Seattle, WA 98121

**DATED** this 26th day of September, 2014.

OSBORN MACHLER
*s/Susan Machler*
Simeon J. Osborn, WSBA #14484
Susan Machler, WSBA #23256
**OSBORN MACHLER, PLLC**
sosborn@osbornmachler.com
2125 Fifth Avenue
Seattle, WA 98121
(206) 441-4110
(206) 441-4200 – Fax
ATTORNEYS FOR PLAINTIFF

NOTICE OF DEPOSITION UPON ORAL
EXAMINATION TO OFFICER SONYA FRY - 2

**OSBORN MACHLER**
2125 Fifth Avenue
Seattle, WA 98121
(206) 441-4110 (Tel)
(206) 441-4220 (Fax)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## CERTIFICATE OF SERVICE

I, Katie Bue, declare that on September 26, 2014, I caused a true and correct copy of the foregoing document to be served by email on the following parties:

Brian G. Maxey, #33279
Christine L. Olson, #45416
SEATTLE CITY ATTORNEY'S OFFICE
PO Box 94769
Seattle, WA 98124-4769
Ph: (206) 684-8200
Fax: (206) 684-8284
brian.maxey@seattle.gov
christine.olson@seattle.gov

Attorneys for Defendants

DATED this 26th day of September, 2014.

s/  Katie Bue
OSBORN MACHLER, PLLC
Paralegal to Susan Machler, WSBA #23256
2125 Fifth Avenue
Seattle, WA 98121
(206) 441-4110
(206) 441-4200 – Fax
kbue@osbornmachler.com

ATTORNEYS FOR PLAINTIFF

NOTICE OF DEPOSITION UPON ORAL
EXAMINATION TO OFFICER SONYA FRY - 3

OSBORN MACHLER
2125 Fifth Avenue
Seattle, WA 98121
(206) 441-4110 (Tel)
(206) 441-4220 (Fax)