THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA GARLAND, an individual; | NO. 2:13-CV-2196 RSL |
| Plaintiff, | |
| vs. | STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREDJUDICE |
| STEPHEN SMITH, member Seattle Police Department; JOHN T. BROOKS, member Seattle Police Department; JOHN DIAZ, former Chief of Police, Seattle Police Department; JOHN or JANE DOES I-IV, members of the Seattle Police Department; CITY OF SEATTLE, a municipal corporation, and the SEATTLE POLICE DEPARTMENT; | **Noted for February 10, 2015** |
| Defendants | |

## RELIEF SOUGHT

The parties, by and through their respective counsel, respectfully request that all of the Plaintiff's claims against all Defendants in this matter should be dismissed with prejudice and without costs and that the Court enters an order dismissing those claims.

STIPULATED MOTION AND ORDER OF DISMISSAL
WITH PREDJUDICE - 1

OSBORN MACHLER
2125 Fifth Avenue
Seattle, WA 98121
(206) 441-4110 (Tel)
(206) 441-4220 (Fax)

# MOTION

The parties have conferred, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and respectfully request the Court enter an order dismissing Plaintiff's claims against Defendants with prejudice and without costs.

SO ORDERED, this 12th Day of February, 2015.

/MM S Lasnik/
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

By: *s/Susan Machler*
    *s/Simeon J. Osborn*
Susan Machler, WSBA #23256
E-Mail: smachler@osbornmachler.com
Simeon J. Osborn, WSBA #14484
E-Mail: sosborn@osbornmachler.com
Osborn Machler
2125 Fifth Avenue
Seattle, WA 98121
(206) 441-4110 – phone
(206) 441-4220 – fax

Attorneys for Plaintiff

By:
    *s/Christine Olson*

Christine Olson, WSBA #45416
Seattle City Attorney
600 4th Avenue, 4th floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 624-8251 – phone
(206) 684-8284 – fax
Email:
    christine.olson@seattle.gov

Attorney for Defendants

STIPULATED MOTION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2

**OSBORN MACHLER**
2125 Fifth Avenue
Seattle, WA 98121
(206) 441-4110 (Tel)
(206) 441-4220 (Fax)